UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD M KINGMA,

          Plaintiff,

   v.

SNOHOMISH COUNTY CORRECTIONS BUREAU,

          Defendant.

CASE NO. 2:22-cv-01292-TL-JRC

ORDER TO CORRECT IN FORMA PAUPERIS APPLICATION

    This matter is before the Court on referral from the district court and on plaintiff's failure to correct his *in forma pauperis* (IFP) application. *See* Dkts. 1, 2.

    On September 12, 2022, plaintiff, proceeding *pro se* and housed at the Snohomish County Jail, filed an application to proceed IFP and a proposed 42 U.S.C. § 1983 complaint. *See* Dkt. 1. Two days later, the Clerk informed plaintiff that he submitted an incorrect IFP form, provided him the correct form, and instructed him to return the correct form by October 14, 2022. *See* Dkt. 2. As of the date of this Order, plaintiff has not filed the correct IFP application with the Court. However, plaintiff appears to have been transferred to the Washington

Corrections Center soon after the Clerk's notice. *See* Dkt. 3, 4. Thus, it is unclear if plaintiff received notice to correct his IFP.

Accordingly, the Court orders plaintiff to submit the correct IFP form by November 18, 2022. The Clerk is directed to attach the correct IFP application to this order.

Dated this 24th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER TO CORRECT IN FORMA PAUPERIS
APPLICATION - 2