UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD M KINGMA, | |
| Plaintiff, | CASE NO. 2:22-cv-01292-TL-JRC |
| v. | ORDER EXTENDING DEADLINE |
| SNOHOMISH COUNTY CORRECTIONS BUREAU, | |
| Defendant. | |

This matter is before the Court on referral from the district court and on plaintiff's failure to respond to the Court's Order to Show Cause. *See* Dkt. 8.

On December 16, 2022, the Court screened plaintiff's proposed complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A, which require dismissal of a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted. *See* Dkt. 8. The Court found plaintiff's proposed complaint to be deficient but gave plaintiff an opportunity to amend his complaint. *See id.* The Court gave plaintiff until January 20, 2023 to file his proposed amended

complaint. *See id.* at 6. As of the date of this Order, plaintiff has not filed a proposed amended complaint or otherwise responded to the Court's Order to Show Cause. *See generally* Dkt.

However, it appears that plaintiff was transferred to the Washington State Penitentiary at some point before the Court's order and did not receive a copy of the Order. *See* Dkt. 9 (mail returned as undeliverable). Thus, it is unclear if plaintiff is aware of the Court's order.

Accordingly, the Court will extend the deadline for plaintiff to file a proposed amended complaint or respond to the Court's Order to Show Cause to **March 3, 2023**. The Court renotes plaintiff's motion to proceed *in form pauperis* to March 3, 2023.

Dated this 6th day of February, 2023.

J. Richard Creatura
United States Magistrate Judge