UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD M. KINGMA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SNOHOMISH COUNTY CORRECTIONS BUREAU,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-01292-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　Having reviewed the Report and Recommendation of Chief Magistrate Judge J. Richard Creatura and the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court does hereby find and ORDER:

　　　(1)　The Report and Recommendation (Dkt. No. 11) is ADOPTED.

　　　(2)　Plaintiff's action is DISMISSED without prejudice for failure to comply with a Court order.

　　　(3)　The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable J. Richard Creatura.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4)     The case is CLOSED.

Dated this 6th day of April 2023.

                                    Tana Lin
                                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2